*In re* FERDINAND FERRER ESCOBAR.

*Número:* TS-3875　　　　*Resuelto:* 14 de mayo de 2004

*José M. Montalvo Trías*, director ejecutivo del Colegio de Abogados; *Jaime Rodríguez Rivera*, abogado del querellado.

## RESOLUCIÓN

Examinadas la moción de reconsideración y la moción de desistimiento presentadas en este caso, se reconsidera, y en atención a lo señalado en el escrito de reconsideración, se deja sin efecto nuestro *per curiam* de 9 de febrero de 2004.

Se reinstala al Lic. Ferdinand Ferrer Escobar al ejercicio de la abogacía.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados Señores Corrada Del Río y Rivera Pérez no intervinieron.

<div style="text-align:right">

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*